1  CLAASSEN, Professional Corporation
   John Claassen, Esq. (212954)
2  1999 Harrison, Suite 2210
   Oakland, CA 94612
3  Tel.: (510) 251-8010
   Fax: (510) 868-3398
4  john@claassenlegal.com

5  Attorney for Plaintiff
   MULESOFT, INC.
6

7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10

11 MULESOFT, INC., a Delaware corporation  )   CASE NO.: CV11-01317 LHK
                                           )
12         Plaintiff,                      )
                                           )   **STIPULATION & [PROPOSED]**
13      v.                                 )   **ORDER DISMISSING ACTION**
                                           )   **WITHOUT PREJUDICE**
14 BUSINESS INTEGRATION TECHNOLOGY,        )
   INC., a Missouri Corporation, and DOES 1)
15 through 10,                             )
                                           )
16         Defendants.                     )
                                           )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

---

STIPULATION & [PROPOSED] ORDER            -1-              No. CV11-01317 LHK
DISMISSING ACTION WITHOUT PREJUDICE

## STIPULATION & [PROPOSED] ORDER DISMISSING
## ACTION WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff MuleSoft, Inc. and defendant Business Integration Technology, Inc. hereby stipulate, subject to the approval of this Court, that this action is dismissed in its entirety without prejudice.  Each party shall bear its own costs and attorney fees.

Respectfully submitted,

Dated:  September 2, 2011  CLAASSEN, Professional Corporation

/s/

By:_____
John Claassen, Esq.
Attorney for Plaintiff
MULESOFT, INC.

Dated:  September 1, 2011  WILSON, ELSER LLP

/s/

By:_____
Francis Torrence, Esq.
Attorney for Defendant
BUSINESS INTEGRATION TECHNOLOGY, INC.

Dated: Sept. 6,     2011

By: *Lucy H. Koh*
Hon. Lucy H. Koh
UNITED STATES DISTRICT COURT