1  CLAASSEN, Professional Corporation
   John Claassen, Esq. (212954)
2  1999 Harrison, Suite 2210
   Oakland, CA 94612
3  Tel.: (510) 251-8010
   Fax: (510) 868-3398
4  john@claassenlegal.com

5  Attorney for Plaintiff
   MULESOFT, INC.
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 MULESOFT, INC., a Delaware corporation  )   CASE NO.: CV11-01317 LHK
                                           )
12         Plaintiff,                      )
                                           )   **STIPULATION & [PROPOSED]**
13     v.                                  )   **ORDER DISMISSING ACTION**
                                           )   **WITHOUT PREJUDICE**
14 BUSINESS INTEGRATION TECHNOLOGY,        )
   INC., a Missouri Corporation, and DOES 1 )
15 through 10,                             )
                                           )
16         Defendants.                     )
                                           )
17 _____     )

18

19

20

21

22

23

24

25

26

27

28

# STIPULATION & [PROPOSED] ORDER DISMISSING
# ACTION WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff MuleSoft, Inc. and defendant Business Integration Technology, Inc. hereby stipulate, subject to the approval of this Court, that this action is dismissed in its entirety without prejudice.  Each party shall bear its own costs and attorney fees.

Respectfully submitted,

Dated:  September 2, 2011                              CLAASSEN, Professional Corporation

                                                                                /s/

                                                                      By:_____
                                                                              John Claassen, Esq.
                                                                      Attorney for Plaintiff
                                                                      MULESOFT, INC.

Dated:  September 1, 2011                              WILSON, ELSER LLP

                                                                                /s/

                                                                      By:_____
                                                                              Francis Torrence, Esq.
                                                                      Attorney for Defendant
                                                                      BUSINESS INTEGRATION
                                                                      TECHNOLOGY, INC.

Dated: Sept. 6,      2011

                                                                      By: *Lucy H. Koh* (signature)
                                                                              Hon. Lucy H. Koh
                                                                      UNITED STATES DISTRICT COURT